**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Anne Nicholson, Obie Varner, Lois Parker, Gloria Sinsuat, Elizabeth Sharper, Preston Grant, Alice Felder and Sebrina Walker, Plaintiffs,

Of whom Sebrina Walker is the Appellant,

v.

SAIC Engineering, Inc., Christina Broom, John Kiessling and Marcia Saari, Respondents.

Appellate Case No. 2015-001114

———————————

Appeal From Berkeley County
J. C. Nicholson, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2017-UP-172
Submitted February 1, 2017 – Filed April 19, 2017

———————————

**AFFIRMED**

———————————

Sebrina Walker, of Charleston, pro se.

Ashley Prickett Cuttino, of Ogletree Deakins Nash Smoak & Stewart, PC, of Greenville, for Respondents SAIC Engineering, Inc., John Kiessling, and Marcia Saari.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Germain v. Nichol*, 278 S.C. 508, 509, 299 S.E.2d 335, 335 (1983) ("Appellant has the burden of providing this [c]ourt with a sufficient record upon which this [c]ourt can make its decision."); *id.* (affirming the trial court's judgment when the appellant failed to present the appellate court with "any of the trial testimony" to support his argument that the evidence did not justify the damages award).

**AFFIRMED.**[1]

**LOCKEMY, C.J., and GEATHERS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.